UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  SACV 09-01153 CJC (ANx)                              Dated: September 1, 2011

Title:    A.K.C., et al. v. City of Santa Ana, et al.
================================================

MINUTE ORDER

PRESENT: **HON. ARTHUR NAKAZATO, U. S. MAGISTRATE JUDGE**

M. Cash/S. Ybarra                                                         CS 9-1-11
Deputy Clerks                                                          Court Recorder

**APPEARANCES:**   Dale K. Galipo of Law Offices of Dale K. Galipo for Plaintiffs

Jose Sandoval, Chief Assistant City Attorney for the city of Santa Ana and Steven J. Rothans of Carpenter, Rothans, & Dumont for Defendants

**PROCEEDINGS:**   **Settlement Conference**

   On September 1, 2011, a settlement conference was held before the magistrate judge. After extensive settlement negotiations, a settlement agreement was reached. The terms of the settlement agreement were spread upon the record, and each party or party's representative stated he or she understood and agreed the terms of the settlement agreement were irrevocable, binding and enforceable just as if the terms had been reduced to writing. Because the terms of the settlement agreement are confidential the transcript will be sealed, however, if desired, counsel for the parties may obtain a copy by making a written request to the courtroom deputy clerk and paying the applicable transcript fees or costs.

   IT IS SO ORDERED.

cc:   JUDGE CARNEY
      All Parties                              Initials of Deputy Clerk shy/mc   04:00