LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.C., etc., et al., | Case No. SACV 09-01153 CJC (ANx) |
| Plaintiffs, | *The Honorable Cormac J. Carney* |
| vs. | **NOTICE OF SETTLEMENT** |
| CITY OF SANTA ANA; et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT,**

**PLEASE TAKE NOTICE THAT** Plaintiffs A.K.C., by and through her guardian ad litem Steve Kim, Nancy Kim and Yung Kim, and Defendants City of Santa Ana and Officer Brandon Sontag, have agreed to settle this matter. Counsel for Plaintiffs is preparing the appropriate documents for the filing of a minor's compromise for approval by this Court.

Respectfully submitted,

Date: September 20, 2011         LAW OFFICES OF DALE K. GALIPO

                                 /s/ Dale K Galipo
                                 Dale K. Galipo
                                 Attorneys for Plaintiffs

1
2  Date: September 21, 2011              CARPENTER, ROTHANS & DUMONT
3
4
5                                        _____
                                         Steven Rothans
6                                        Jill Babington
                                         Attorneys for Defendants,
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF SETTLEMENT                                  Case No. SACV 09-01153 CJC (ANx)