# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.C., a minor, by and through her Guardian Ad Litem STEVE KIM; NANCY KIM; and YUNG KIM,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SANTA ANA; CITY OF BUENA PARK; and DOES 1-10, inclusive.<br><br>    Defendants.<br><br>AND ALL RELATED ACTIONS, | Case No.: SACV09-01153 CJC (ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

IT IS HEREBY ORDERED THAT, following stipulation of counsel, this matter is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all plaintiffs and all defendants.

IT IS SO ORDERED.

DATED: December 02, 2011

_____
Honorable Cormac J. Carney
United States District Court Judge

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE